**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21-661 (CKK)** |
| | : | |
| **JEFFREY M. YOUNG-BEY (1),** | : | |
| **MARTINA Y. JONES (2),** | : | |
| | : | |
| **Defendants.** | : | |

## JURY VERDICT FORM

## DEFENDANT JEFFREY M. YOUNG-BEY

## COUNT ONE

With respect to the offense of Conspiracy to Commit Mail Fraud and Bank Fraud, we the jury find Defendant Jeffrey Young-Bey

_____✓_____ Guilty                         _____ Not Guilty

Special Finding:

If you have found Defendant Young-Bey **GUILTY** on **Count One**, on which of the following predicates (either or both) have you unanimously found the Defendant guilty on Count One?

_____✓_____ Mail Fraud                    _____✓_____ Bank Fraud

If you have unanimously found the Defendant **NOT GUILTY** on **Count One**, do not make a special finding as to this Defendant and proceed to the next page.

## COUNT TWO

With respect to the offense of Mail Fraud, we the jury find Defendant Jeffrey Young-Bey

_____✓_____ Guilty                                          _____ Not Guilty

## COUNT THREE

With respect to the offense of Bank Fraud, we the jury find Defendant Jeffrey Young-Bey

_____✓_____ Guilty                                          _____ Not Guilty

## COUNT FOUR

With respect to the offense of Mail Fraud, we the jury find Defendant Jeffrey Young-Bey

_____✓_____ Guilty                                          _____ Not Guilty

## COUNT FIVE

With respect to the offense of Bank Fraud, we the jury find Defendant Jeffrey Young-Bey

_____✓_____ Guilty                                          _____ Not Guilty

## COUNT SIX

With respect to the offense of Conspiracy to Commit Expenditure Money Laundering, we

the jury find Defendant Jeffrey Young-Bey

_____ Guilty                                          _____ Not Guilty

## COUNT SEVEN

With respect to the offense of Expenditure Money Laundering, we the jury find Defendant

Jeffrey Young-Bey

_____ Guilty                                 _____ Not Guilty

## COUNT EIGHT

With respect to the offense of Expenditure Money Laundering, we the jury find Defendant

Jeffrey Young-Bey

_____ Guilty                                 _____ Not Guilty

If you have unanimously found Defendant Young-Bey **GUILTY** on **either Counts Two or Three or both**, then proceed to **Counts Nine and Ten**.

If you have unanimously found Defendant Young-Bey **NOT GUILTY** on **both Count Two and Three**, then do not consider **Counts Nine and Ten** and proceed to the next page.

## COUNT NINE

With respect to the offense of Aggravated Identity Theft, as it relates to Roosevelt Twiggs,

we the jury find Defendant Jeffrey Young-Bey

_____ Guilty                                 _____ Not Guilty

## COUNT TEN

With respect to the offense of Aggravated Identity Theft, as it relates to Patricia Davis, we

the jury find Defendant Jeffrey Young-Bey

_____ Guilty                                 _____ Not Guilty

If you have unanimously found Defendant Young-Bey **GUILTY** on **either Counts Four or Five or both**, then proceed to **Counts Eleven, Twelve, and Thirteen**.

If you have unanimously found Defendant Young-Bey **NOT GUILTY** on **both Count Four and Five**, then do not consider **Counts Eleven, Twelve, and Thirteen**.

## COUNT ELEVEN

With respect to the offense of Aggravated Identity Theft, as it relates to Rashid Jelani, we the jury find Defendant Jeffrey Young-Bey

_____✓_____ Guilty                          _____ Not Guilty

## COUNT TWELVE

With respect to the offense of Aggravated Identity Theft, as it relates to Ann Jelani, we the jury find Defendant Jeffrey Young-Bey

_____✓_____ Guilty                          _____ Not Guilty

## COUNT THIRTEEN

With respect to the offense of Aggravated Identity Theft, as it relates to Patricia Davis, we the jury find Defendant Jeffrey Young-Bey

_____✓_____ Guilty                          _____ Not Guilty


_____                          _02/09/24_____

Foreperson                                       Date