# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.

JEFFREY M. YOUNG-BEY (1),
MARTINA Y. JONES (2),

      Defendants.

:
:
:
:
:
:
:
:
:
:

**CRIMINAL NO. 21-661 (CKK)**

## JURY VERDICT FORM

## DEFENDANT MARTINA Y. JONES

## COUNT ONE

With respect to the offense of Conspiracy to Commit Mail Fraud and Bank Fraud, we the jury find Defendant Martina Jones

_____ Guilty                _____ Not Guilty

Special Finding:

If you have found Defendant Jones **GUILTY** on **Count One**, on which of the following predicates (either or both) have you unanimously found the Defendant guilty on Count One?

_____ Mail Fraud                _____ Bank Fraud

If you have unanimously found the Defendant **NOT GUILTY** on **Count One**, do not make a special finding as to this Defendant and proceed to the next page.

Case 1:21-cr-00661-CKK   Document 208   Filed 02/12/24   Page 2 of 2

## COUNT TWO

With respect to the offense of Mail Fraud, we the jury find Defendant Martina Jones

_____ Guilty        _____ Not Guilty

## COUNT THREE

With respect to the offense of Bank Fraud, we the jury find Defendant Martina Jones

_____ Guilty        _____ Not Guilty

## COUNT SIX

With respect to the offense of Conspiracy to Commit Expenditure Money Laundering, we

the jury find Defendant Martina Jones

_____ Guilty        _____ Not Guilty

_____      02/12/24

Foreperson                         Date